UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HELEN BERNSTEIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02983-JSC<br><br>**ORDER RE: DEFENDANT THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO DISMISS**<br><br>Dkt. No. 71 |

Plaintiffs Mary Helen Bernstein and Elizabeth Grace Tigano, who are proceeding without an attorney, have filed a Second Amended Complaint in response to this Court's screening order. (Dkt. Nos. 74, 77.) In light of the Second Amended Complaint, Defendant the California Department of Fair Employment and Housing's motion to dismiss the prior complaint is terminated as moot. (Dkt. No. 71.) The Court will review the Second Amended Complaint pursuant to 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

Dated: March 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge